PROB 12C
(01/05)

# United States District Court
## for
## Eastern District of Missouri

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jessica A. Weaver                Case Number: 4:10CR00468 RWS

Name of Sentencing Judicial Officer:    The Honorable Rodney W. Sippel
                                        United States District Judge

Date of Original Sentence:    February 25, 2011

Original Offense:    Count One and Two:  Manufacture of Counterfeit Securities
                     Count Three:  Conspiracy to Defraud the United Status

Original Sentence:   Sentenced to time served on each of Counts 1-3, to be served concurrently, followed by a three year term of supervised release on each of Counts 1-3, to be served concurrently.  On January 25, 2013, supervised release revoked and sentenced to 3 months imprisonment to run concurrent with State of Missouri Case in St. Francois County 09SF-CR01918-01, followed by 33 months supervised release.

Type of Supervision: Supervised Release      Date Supervision Commenced: October 25, 2013
                                                     Expiration Date: July 24, 2016

Assistant U.S. Attorney: Roger A. Keller, Jr.           Defense Attorney: Edward K. Fehlig

## PETITIONING THE COURT

To issue a warrant

The probation officer believes the offender has violated the following conditions of supervision:

**Violation Number**

Standard Condition #6: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

Standard Condition #9: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

PROB 12C
(12/98)

2

Jessica A. Weaver
4:10CR468 RWS

Special Condition #10: Upon release the defendant may be required to reside up to the first 180 days in a residential substance abuse facility or inpatient treatment facility.

**Nature of Noncompliance**

On November 26, 2013, Weaver reported to the residential re-entry center, Metropolitan Employment Rehabilitation Services (MERS), in St. Louis, Missouri as directed.  On November 27, 2013, Weaver absconded from the facility.  Staff at the facility advised Weaver absconded with state probation client, Jamie Hensley.  Weaver did not have permission from the undersign officer to associate with Hensley.  Weaver has failed to make contact with the undersigned officer and her current whereabouts are unknown.

**Violation Number**

General Condition: The defendant shall refrain from the unlawful use of a controlled substance.

**Nature of Noncompliance**

On November 21, 2013, Weaver submitted a urinary analysis sample that tested positive for opiates.  When questioned, Weaver admitted to abusing heroin a few days prior. Weaver also admitted to the undersigned officer to abusing heroin on November 14, 2013, and November 26, 2013.

**Violation Number**

Special Condition #2: The defendant shall participate in a substance abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Re-Entry Center placement, residential or inpatient treatment.

**Nature of Noncompliance**

On November 14, 2013, Weaver failed to provide a urinary analysis sample when directed by the undersigned officer during a routine office visit.

**Violation Number**

Special Condition #4: The defendant shall participate in a mental health evaluation and shall follow any recommendations of such and/or shall participate in a mental health program approved by the probation office.

PROB 12C
(12/98)

3

Jessica A. Weaver
4:10CR468 RWS

### Nature of Noncompliance

Weaver failed to contact the mental health provider to engage in services as directed by the undersigned officer.

### Violation Number

General Condition: The defendant shall pay a $300 special assessment to the Court, due immediately.

Special Condition #9: The defendant shall pay restitution as previously ordered by Court.

### Nature of Noncompliance

Weaver has made payments on neither the special assessment obligation nor the $220 restitution obligation ordered by the Court.

### Violation Number

Standard Condition #2: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

### Nature of Noncompliance

On October 31, 2013, Weaver was directed to report to the undersigned officer on November 6, 2013.  On November 6, 2013, Weaver called the undersigned officer advising she had no ride to the appointment.  This officer rescheduled the appointment for November 8, 2013, as Weaver indicated her parents could drive her to the appointment that day.  Weaver failed to report for that appointment.  When questioned about her absence, Weaver advised her family had to attend a funeral that day and she could not explain why she failed to notify the undersigned officer of this family emergency.

Weaver also failed to submit a Monthly Supervision Report for November 2013.

**U.S. Probation Officer Recommendation:** It is respectfully recommended the Court revoke Weaver's term of supervised release.  Although she recently began her term of supervised release, she has demonstrated a complete disregard for her conditions of supervision.  She continues to abuse heroin despite being presented with opportunities to address her substance

PROB 12C
(12/98)

4

Jessica A. Weaver
4:10CR468 RWS

abuse problem.  In addition, she has absconded from the residential re-entry center and her current where abouts are unknown.  Therefore, it appears that Weaver is no longer amenable to community supervision and poses a significant risk to herself and the community.

The term of supervision should be
        [X]    revoked.
        [ ]    extended for  years, for a total term of  years.
        [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 5, 2013

Approved,

by _____  by _____
Nicole Vernier-Gelven                  Jennifer L. Jelinski
Supervising U.S. Probation Officer     U.S. Probation Officer
Date: December 6, 2013                 Date: December 5, 2013

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons   Appearance Date & Time:
[ ]    Other

_____
Signature of Judicial Officer

December 6, 2013
Date