# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:   Jessica A. Weaver                                                   Case Number: 4:10CR00468-3 RWS

Name of Sentencing Judicial Officer: The Honorable Rodney W. Sippel
                                                 United States District Judge

Date of Original Sentence: February 25, 2011

Original Offense: Count One and Two: Manufacture of Counterfeit Securities
                      Count Three: Conspiracy to Defraud the United Status

Original Sentence: Sentenced to time served on each of Counts 1-3, to be served concurrently, followed by a three year term of supervised release on each of Counts 1-3, to be served concurrently. On January 25, 2013, supervised release revoked and sentenced to three months imprisonment to run concurrent with State of Missouri Case in St. Francois County 09SF-CR01918-01, followed by 33 months supervised release. On June 6, 2014, supervised release was revoked and sentenced to three months imprisonment, followed by 24 months supervised release.

Type of Supervision: Supervised Release                                        Date Supervision Commenced: July 21, 2014
                                                                                                                                                         Expiration Date: July 20, 2016

Assistant U.S. Attorney: Stephen Casey                                        Defense Attorney: Bryan Edwards

---

## PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**
General Condition: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

Standard Condition #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

Special Condition #2: The defendant refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter for use of a controlled substance.

**Nature of Noncompliance**
Weaver was released from the custody of the Bureau of Prisons (BOP) on Monday July 21, 2014, to begin her two year term of supervised release. On Thursday July 24, 2014, Weaver reported to the probation office to meet with her probation officer. Weaver was asked if she had used any illegal substances since her release from prison. Weaver admitted to using heroin the day she was released from BOP. Weaver stated she was picked up from jail by her friend and returned to her friend's house, where she and her friend used the heroin. Weaver was very remorseful in her actions and advised she wanted to get clean of drugs. A drug test was conducted in the Probation Office on July 24, 2014. This specimen was sent to the laboratory for testing and was returned positive for opiates and amphetamines

**Violation Number**
Standard Condition #6: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Special Condition #11: Upon release the defendant may be required to reside up to the first 180 days in a residential substance abuse facility or inpatient treatment facility.

**Nature of Noncompliance**
Weaver reported to the Residential Re-Entry Center, MERS, on Tuesday July 29, 2014, to begin her 180 day stay. On Friday August 1, 2014, Weaver was directed by MERS staff to go to Barnes Clinic, located in St. Louis, Missouri to have her tuberculosis (TB) test read, which is required by all residents. It should be noted Weaver went to the Barnes Clinic on Thursday July 31, 2014 to have her physical and TB test taken. According to MERS staff, Weaver signed out at 9:30 am and was due back to MERS at 1:30 p.m. The undersigned officer was notified at 3:45 p.m. that Weaver had not returned from the clinic. Further investigation revealed Weaver never reported to the Barnes Clinic on August 1, 2014. She was declared an absconder at 4:38 p.m. on August 1, 2014.

Weaver's whereabouts are currently unknown.

**Previous Violations**
On July 28, 2014, the Court was notified of Weaver's failure to abstain from use of a controlled substance. Weaver admitted to using heroin the day she was released from prison. Per the Court's orders from the revocation on June 6, 2014, Weaver was directed to report to the Residential Re-Entry Center, MERS, on July 29, 2014, where she was directed to reside for 180 days and be screened for Project Earn (Drug Court). Weaver did attend her Drug Court screening on July 31, 2014, however she absconded from MERS the next day. No Court action was taken, this violation has been included in the petition.

**U.S. Probation Officer Recommendation:**

As Weaver continues to violate the conditions of her supervised release and her current whereabouts are unknown, the probation office is requesting Court action be taken to ensure the safety of the community and the safety of Weaver.

The Supervised Release should be

    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2014

Approved,

by _____
Julie A. O'Keefe
Supervising U.S. Probation Officer
Date: August 4, 2014

Respectfully submitted,

by _____
Lori S. Meyer
U.S. Probation Officer
Date: August 4, 2014

THE COURT ORDERS:
- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
    - Appearance Date:
    - Appearance Time:
    - Courtroom Number:
- ☐ Other

_____
Signature of Judicial Officer

August 4, 2014
Date